UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 1:07-cr-093

-v-

HONORABLE PAUL L. MALONEY

MICHAEL JAMES HINOJOSA,
        Defendant.

## ORDER DENYING DEFENDANT'S MOTIONS TO SUPPRESS

Defendant Hinojosa filed four motions to suppress evidence on August 29, 2007: (1) Motion to Suppress RE: Warrantless Entry (Dkt. No. 38); (2) Motion to Suppress RE: Illegal Arrest (Dkt. No. 40); (3) Motion to Suppress Evidence Seized Pursuant to a Warrant and Request for a *Franks* hearing (Dkt. No. 42); and (4) Motion to Suppress Statements (Dkt. No. 44). At a hearing on September 19, 2007, this Court permitted the parties to file additional briefs on the first motion to suppress (Dkt. No. 38). The parties have submitted the additional briefs. This Court has read all the submissions of the parties and has had the benefit of oral argument.

Defendant's motions to suppress are **DENIED.** Defendant's motion to suppress re: illegal arrest (Dkt. No. 40), motion to suppress evidence seized pursuant to warrant and request for *Franks* hearing (Dkt. No. 42) and motion to suppress statements (Dkt. No. 44) are **DENIED** for the reasons provided on the record at the September 19 hearing. Defendant's motion to suppress re: warrantless entry (Dkt. No. 38), including the additional issue concerning the admissibility of Defendant's statements prior to arrest are also **DENIED** for the reasons provided on the record at the September 19 hearing and in the contemporaneously filed opinion. **IT IS SO ORDERED.**

Date:  October 4, 2007                                    /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge